**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **CLIFFORD LEON HOUSTON**, | ) | |
| | ) | Case Nos. 3:13-cr-10; 3:17-cv-538 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| *Respondent*. | ) | |

---

## MEMORANDUM AND ORDER

---

Petitioner Clifford Leon Houston, *pro se*, has submitted, according to his own description, "extremely graphic" photographs in conjunction with a "motion for full discovery." (Doc. 15 in Case No. 3:17-cv-538.) Petitioner's theory is that, in a 1993 federal civil rights trial, Chief Judge Pamela L. Reeves (then a practicing attorney) manufactured and entered into evidence "a large fresh green bag of marijuana," thereby engaging in a criminal conspiracy that somehow led to the deaths of the two decedents depicted in the photographs. (*See generally id.*)

Under Local Rule 26.2, "[e]xcept as otherwise provided by statute, rule, or order, all pleadings and other papers of any nature filed with the Court ("Court Records") shall become a part of the public record of this Court." E.D. Tenn. L.R. 26.2(a). Nevertheless, the contents of a filing may intersect with other important interests that can overcome the presumption of openness in court filings. These interests include: 1) a defendant's right to a fair trial, 2) trade secrets, 3) national security, and 4) certain privacy rights of participants and third parties. *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1179 (6th Cir. 1983)).

Here, Houston has filed "extremely graphic" photos portraying deceased individuals. Even according to his own theory, the fact of the two deaths is what is important, not anything depicted in the photographs. The details depicted in the photographs bear no relevance to the motion, and there is no reason to invade the privacy interest of the families of the decedents. Accordingly, the Court orders that the photos contained in Document 15-1 be **SEALED**.

**IT IS SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**